# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
PA 1-653-082

Effective date of registration:
December 17, 2008

---

## Title
**Title of Work:** Anonymity

## Completion/Publication
**Year of Completion:** 2004
**Date of 1st Publication:** January 1, 2008    **Nation of 1st Publication:** United States

## Author
- **Author:** Brian Alexander Dodd, dba Jonn Alexander
  **Pseudonym:** Jonn Alexander
  **Author Created:** text, editing
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States
  **Pseudonymous:** Yes

## Copyright claimant
**Copyright Claimant:** Brian Alexander Dodd, dba Jonn Alexander, Rev
ATTN: Susan Keuske 911 Washington Ave. #217 St. Petersburg FL, 33770

## Certification
**Name:** Brian Alexander Dodd
**Date:** December 17, 2008
**Applicant's Tracking Number:** I48569

---

**Correspondence:** Yes

Page 1 of 1

A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number
**PA 1-795-780**

Effective date of registration:
April 3, 2012

## Title

| | |
|---|---|
| Title of Work: | Surviving Straight, Incorporated |
| Previous or Alternative Title: | Survivors of Straight, Incorporated |
| | Straight, Inc. Movies / The Movie / Movie |
| | Surviving Straight, Inc. The Movie Documentary |
| | Straight, Incorporated |

## Completion/Publication

| | | | |
|---|---|---|---|
| Year of Completion: | 2001 | | |
| Date of 1st Publication: | January 1, 2001 | Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Brian Alexander Dodd |
| Author Created: | editing/editor, direction/director, script/screenplay, production/producer, entire motion picture, cinematography/cinematographer |
| Work made for hire: | No |
| Citizen of: | United States    Domiciled in: United States |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Brian Alexander Dodd |
| | 1250 Skipper Road #205, Tampa, FL, 33613, United States |

## Rights and Permissions

| | | | |
|---|---|---|---|
| Name: | Brian Alexander Dodd | | |
| Email: | briandodd@believeinliberty.com | Telephone: | 813-579-3404 |
| Address: | 1250 Skipper Rd #205 | | |
| | Tampa, FL 33613 United States | | |

## Certification

Page 1 of 2

A

Registration #: PA0001795780
Service Request #: 1-608458981

Brian Alexander Dodd
1250 Skipper Rd #205
Tampa, FL 33613

A



Brian Dodd <briandodd519@gmail.com>

---

# DMCA TAKEDOWN NOTICE, DMCA Section 512(c), 17 U.S. Code § 512

**Brian Dodd** <briandodd519@gmail.com>          Fri, Sep 11, 2020 at 10:49 AM
To: board@spcollege.edu

    DMCA TAKEDOWN NOTICE, DMCA Section 512(c), 17 U.S. Code § 512

    TO: St Petersburg College Board of Trustees, SPC Faculty James Pierce, SPC Faculty Kendall Davidson, SPC Faculty William Overton, Tonjua Williams, and all SPC employees,

    I, Brian Dodd, am hereby and now requesting and demanding that St Petersburg College Board of Trustees, Saint Petersburg College, its university and all its colleges and programs and services, as well as Faculty James Pierce, Faculty William Overton, and Faculty Kendall Davidson, and all SPC's and their partners and associates and third party contacts including primary employers and associates and partners of SPC Faculty employees James, William, and Kendall being the Pinellas County Courthouse and Pinellas County Clerk of Court, and all courts and states where SPC's present employees and faculty and SPC's partner the Drug Free American Foundation conducted and conducts business; immediately remove material that is infringing my copyrights. Brian Dodd, U.S. Copyright Registration: PA0001653082, PA0001795780

    A physical or electronic signature (i.e., /s/NAME) of a person authorized to act on behalf of the owner of the copyright that is allegedly infringed:
/s/ Brian Dodd



    Identification of the copyrighted work claimed to have been infringed: Brian Dodd, U.S. Copyright Registration: PA0001653082, U.S. Copyright Registration: PA0001795780

    Identification of the material that is claimed to be infringing and information reasonably sufficient to permit the service provider to locate the material: Brian Dodd, U.S. Copyright Registration: PA0001653082, PA0001795780. My name, use of my name as author and use of my name as any strikingly similar likeness, and use of my name within manuscripts and media of copyrighted materials: US Copyrighted and certified copyrighted with copyright certificates of registrations for both copyrights.

SPC and its partners presently infringe on my copyrights in detail and specifically and repeatedly, see below for specific information and details on the infringing documentation committed by SPC and its partners and associates and third parties.

    Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted:
Brian Dodd

7252 Spring Hill Drive
Spring Hill FL 34606
813 379 9863
briandodd519@gmail.com

A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner: I, Brian Dodd, have a good faith belief that use of the material in the manner complained of is not authorized by me, the copyright owner.

A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of the copyright that is allegedly infringed: I, Brian Dodd, hereby state that this notification is accurate, and under penalty of perjury, that I the complaining party, is authorized on behalf of the owner, me, of the copyright that is allegedly infringed.

DMCA TAKEDOWN NOTICE, DMCA Section 512(c), 17 U.S. Code § 512

TO: St Petersburg College Board of Trustees, SPC Faculty James Pierce, SPC Faculty Kendall Davidson, SPC Faculty William Overton, Tonjua Williams, and all SPC employees,

My name is BRIAN DODD and I am the OWNER, AUTHOR AND INCLUDED NAMESAKE and STRIKINGLY SIMILAR LIKENESS of MY NAME, BRIAN DODD / BRIAN A. DODD / BRIAN ALEXANDER DODD AND ALL USE OF. U.S. Copyright Registration: PA0001653082,  PA0001795780

St Petersburg College Board of Trustees and Saint Petersburg College and its websites and direct service providers and companies and corporations and organizations that your St Petersburg College Board of Trustees and St Petersburg College partners with and presently employs from (James Pierce, Kendall Davidson, William Overton), being primarily the; Pinellas County Courts, State of Florida courts, Pinellas County Clerk of Court, Drug Free America Foundation, and all states where Drug Free America Foundation  (https://dfaf.spcollege.edu/) and through its FL Dept of State Administrative Name 'Straight, Incorporated' conducted and conducts business, is infringing on at least one copyright owned by me and / or my company.

An article of writing using my name and direct and exact likeness / use of my name was copied onto your servers, websites, and to your service providers and / or direct partners and associates and their websites and documentation, without my decision and without my permission without coercion. The original ARTICLES (manuscripts and / or other media), to which I own the exclusive copyrights, can be found at:

PROVIDE WEBSITE URL:

U.S. Copyright Registration: PA0001653082
https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=PA0001653082&Search_Code=REGS&PID=GfBNJJ2ezNIdF6rXQFz_-F1aK4qy-p&SEQ=20200911034346&CNT=25&HIST=1

U.S. Copyright Registration: PA0001795780
https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=PA0001795780&Search_Code=REGS&PID=NsAuRbkCWD7fchr5gmeqdQ4TauJikZ&SEQ=20200911034430&CNT=25&HIST=1

The unauthorized and infringing copy can be found at:

PROVIDE WEBSITE URL:
https://one.spcollege.edu/?redirect=1

https://myspc.spcollege.edu/psc/ps/EMPLOYEE/EMPL/c/NUI_FRAMEWORK.PT_LANDINGPAGE.GBL?&languageCd=ENG&

https://mycs.spcollege.edu/psc/csprd/EMPLOYEE/SA/c/NUI_FRAMEWORK.PT_AGSTARTPAGE_NUI.GBL?CONTEXTIDPARAMS=TEMPLATE_ID%3aPTPPNAVCOL&scname=CS_TASKS&PanelCollapsible=Y

and / or pages and links therein and thereto,

https://www.mypinellasclerk.org/Home/View-Records

https://www.mypinellasclerk.org/Home/View-Records

https://ccmspa.pinellascounty.org/PublicAccess/Search.aspx?ID=300&NodeID=11000%2c11100%2c23001%2c11101%2c11102%2c11103%2c11104%2c11105%2c11106%2c11107%2c11108%2c11114%2c11109%2c23002%2c23003%2c11110%2c11111%2c11112%2c11113%2c11200%2c11201%2c11202%2c11203%2c11204%2c11205%2c11206%2c11207%2c11208%2c23004%2c11209%2c11210%2c11300%2c11301%2c11302%2c11303%2c11304%2c11305%2c11400%2c11410%2c11411%2c11412%2c11450%2c11451%2c11452%2c11453%2c11600%2c11601%2c11602%2c11603%2c11604%2c12000%2c12100%2c12101%2c12102%2c12103%2c12104%2c12105%2c12106%2c12107%2c12108%2c12109%2c12110%2c12111%2c12113%2c12112%2c12114%2c12200%2c12201%2c12202%2c12203%2c12204%2c12205%2c12206%2c12207%2c12208%2c12209%2c12300%2c12310%2c12311%2c12312%2c12320%2c12321%2c12322%2c12400%2c14000%2c14100%2c14200%2c14300%2c14400%2c14500%2c14600%2c13000%2c13100%2c13200&NodeDesc=Pinellas+County

and / or pages and links therein and thereto,and servers and networks thereto and / or inter-connected and / or sharing information and / or able to share information via human interaction and / or other interactions,

and other websites, networks' / networks' products and services involved with SPC and / or SPC direct partners and associates and all their associates and partners (third parties) including all U.S. States in which Drug Free America Foundation (https://dfaf.spcollege.edu/) and through its FL Dept of State Administrative Name 'Straight, Incorporated' conducts/ed business.

This letter is official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA"), and I seek the removal of the aforementioned infringing material from your servers and networks' / networks' products, coerced and unlawful contracts, and all other including servers and networks' / networks' products offered by your partners, associates and third parties including all states which Drug Free America Foundation conducts/ed business. I request that you immediately notify the infringer of this notice and inform them of their duty to remove the infringing material immediately, and notify them to cease any further posting of infringing material to your server and partners and associates and networks and networks' products and services in the future.

Please also be advised that law requires you, as a service provider, to remove or disable access to the infringing materials upon receiving this notice. Under US law a service provider, such as yourself, enjoys immunity from a copyright lawsuit provided that you act with deliberate speed to investigate and rectify ongoing copyright infringement. If service providers do not investigate and remove or disable the infringing material this immunity is lost. Therefore, in order for you to remain immune from a copyright infringement action you will need to investigate and ultimately remove or otherwise disable the infringing material from your servers and partners and associates and networks and networks' products and services with all due speed should the direct infringer, and partners and associates and networks and networks' products and services, and your clients and employees, not comply immediately.

I am providing this notice in good faith and with the reasonable belief that rights I and / or my company owns are being infringed. Under penalty of perjury I certify that the information contained in the notification is both true and accurate, and I have the authority to act on behalf of the owner of the copyright(s) involved.

Should you wish to discuss this with me please contact me directly.

Thank you.

/s/ Brian Dodd

Brian Dodd
7252 Spring Hill Drive
Spring Hill FL 34606
813 379 9863
briandodd519@gmail.com

DMCA TAKEDOWN NOTICE, DMCA Section 512(c), 17 U.S. Code § 512

TO:  St Petersburg College Board of Trustees, SPC Faculty James Pierce, SPC Faculty Kendall Davidson, SPC Faculty William Overton, Tonjua Williams, and all SPC employees,

My name is BRIAN DODD and I am the OWNER, AUTHOR AND INCLUDED NAMESAKE and STRIKINGLY SIMILAR LIKENESS of MY NAME, BRIAN DODD / BRIAN A. DODD / BRIAN ALEXANDER DODD AND ALL USE OF. U.S. Copyright Registration: PA0001653082,  PA0001795780

In part due to your ongoing copyright infringement and continued contact with me, and due to multiple and deep conflicts of interest in finance and education and copyright which you failed and maliciously withheld from me: **I, Brian Dodd, hereby and permanently redact all involvement with Federal Defendant St Pete College / Board of Trustees (Jenkins v. Def. SPCBT)  I redact all permissions, signatures, use of / grading, use of "holds" and records information involving / for / and / against / with me, Brian Dodd, whereas; you are directly involved with Pinellas County Courts (civil and criminal courts) and Pinellas County Clerk of Court, I hereby redact all my coerced signatures, I redact all admissions of guilt in all cases, I further redact all agreements and pleas and all other, and I redact all mention and use of my name with you, your, your partners and associates, and all U.S. States and States' courts in which your direct partner DFAF / Straight, Inc. and its persons conducted/s business. I, Brian Dodd, a PROTECTED WHISTLEBLOWER pursuant to the Whistleblower Protection Act of 1989, 5 U.S.C. 2302(b)(8)-(9), hereby and now redact and fully and forever rescind and do not permit involvement, written and other agreements, contracts, admissions, use of my name and personage, all pleas, all entries of dockets, listing, St Petersburg College / student agreements / affiliations and use, information, investigations, costs, fines, and other of issue and and other wherever my name, gradings, fines, holds, my personage, and more, and / or I am involved, all citations, orders against, all signatures involving me and my name, all use and all permissions, and continued use of my name, my personage, and other involving me, and other against me, my name and my personage and similar likenesses, in all US States and Courts therein and involving SPC's direct partner the Drug Free America Foundation (also known as Straight, Incorporated), involving SPC, SPC Faculty James Pierce and Faculty William Overton and their second employer, and SPC Faculty Kendal Davidson and his second employer. I hereby reserve all rights and I do not permit my rights to be used at all, and I do not permit the use of me, my name, my likenesses and my personage. DMCA Copyright / Copyright Infringement Notice: Pursuant to US Copyright laws; do not use my name nor any likenesses of me.**

/s/ Brian Dodd

Brian Dodd
7252 Spring Hill Drive
Spring Hill FL 34606
813 379 9863
briandodd519@gmail.com



Brian Dodd <briandodd519@gmail.com>

---

# DMCA TAKEDOWN NOTICE, DMCA Section 512(c), 17 U.S. Code § 512

**Brian Dodd** <briandodd519@gmail.com>                                              Fri, Sep 11, 2020 at 4:16 AM
To: Suzanne Gardner <Gardner.Suzanne@spcollege.edu>, compliance@spcollege.edu, Erik Johanson <erik@johanson.law>, Tonjua Williams <Williams.Tonjua@spcollege.edu>, "Griffiths, Chris (USAFLM)" <chris.griffiths@usdoj.gov>, Davidson.Kendall@spcollege.edu, Pierce.James@spcollege.edu, Overton.William@spcollege.edu, "Erickson, Jana" <Jana.Erickson@ed.gov>

DMCA TAKEDOWN NOTICE, DMCA Section 512(c), 17 U.S. Code § 512

TO: St Petersburg College, SPC Faculty James Pierce, SPC Faculty Kendall Davidson, SPC Faculty William Overton, Tonjua Williams, and all SPC employees,

I, Brian Dodd, am hereby and now requesting and demanding that Saint Petersburg College, its university and all its colleges and programs and services, as well as Faculty James Pierce, Faculty William Overton, and Faculty Kendall Davidson, and all SPC's and their partners and associates and third party contacts including primary employers and associates and partners of SPC Faculty employees James, William, and Kendall being the Pinellas County Courthouse and Pinellas County Clerk of Court, and all courts and states where SPC's present employees and faculty and SPC's partner the Drug Free American Foundation conducted and conducts business; immediately remove material that is infringing my copyrights. Brian Dodd, U.S. Copyright Registration: PA0001653082,  PA0001795780

   A physical or electronic signature (i.e., /s/NAME) of a person authorized to act on behalf of the owner of the copyright that is allegedly infringed:
/s/ Brian Dodd
   Identification of the copyrighted work claimed to have been infringed: Brian Dodd, U.S. Copyright Registration: PA0001653082,  PA0001795780
   Identification of the material that is claimed to be infringing and information reasonably sufficient to permit the service provider to locate the material: Brian Dodd, U.S. Copyright Registration: PA0001653082, PA0001795780. My name, use of my name as author and use of my name as any strikingly similar likeness, and use of my name within manuscripts and media of copyrighted materials: US Copyrighted and certified copyrighted with copyright certificates of registrations for both copyrights.

SPC and its partners presently infringe on my copyrights in detail and specifically and repeatedly, see below for specific information and details on the infringing documentation committed by SPC and its partners and associates and third parties.
   Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted:
Brian Dodd
7252 Spring Hill Drive
Spring Hill FL 34606
813 379 9863

briandodd519@gmail.com
   A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner: I, Brian Dodd, have a good faith belief that use of the material in the manner complained of is not authorized by me, the copyright owner.
   A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of the copyright that is allegedly infringed: I, Brian Dodd, hereby state that this notification is accurate, and under penalty of perjury, that I the complaining party, is authorized on behalf of the owner, me, of the copyright that is allegedly infringed.

DMCA TAKEDOWN NOTICE, DMCA Section 512(c), 17 U.S. Code § 512

TO: St Petersburg College, SPC Faculty James Pierce, SPC Faculty Kendall Davidson, SPC Faculty William Overton, Tonjua Williams, and all SPC employees,

My name is BRIAN DODD and I am the OWNER, AUTHOR AND INCLUDED NAMESAKE and STRIKINGLY SIMILAR LIKENESS of MY NAME, BRIAN DODD / BRIAN A. DODD / BRIAN ALEXANDER DODD AND ALL USE OF. U.S. Copyright Registration: PA0001653082,  PA0001795780

Saint Petersburg College and its websites and direct service providers and websites and companies and corporations and organizations that your St Petersburg College partners with and presently employs from (James Pierce, Kendall Davidson, William Overton), being primarily the; Pinellas County Courts, State of Florida courts, Pinellas County Clerk of Court, Drug Free American Foundation, and all states where Drug Free America Foundation (https://dfaf.spcollege.edu/) and through its FL Dept of State Administrative Name 'Straight, Incorporated' conducted and conducts business, is infringing on at least one copyright owned by me and / or my company.

An article of writing using my name and direct and exact likeness / use of my name was copied onto your servers, websites, and to your service providers and / or direct partners and associates and their websites and documentation, without my decision and without my permission without coercion. The original ARTICLES (manuscripts and / or other media), to which I own the exclusive copyrights, can be found at:

PROVIDE WEBSITE URL:
U.S. Copyright Registration: PA0001653082
https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=PA0001653082&Search_Code=REGS&PID=GfBNJJ2ezNIdF6rXQFz_-F1aK4qy-p&SEQ=20200911034346&CNT=25&HIST=1
U.S. Copyright Registration: PA0001795780
https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=PA0001795780&Search_Code=REGS&PID=NsAuRbkCWD7fchr5gmeqdQ4TauJikZ&SEQ=20200911034430&CNT=25&HIST=1

The unauthorized and infringing copy can be found at:

PROVIDE WEBSITE URL:
https://one.spcollege.edu/?redirect=1

https://myspc.spcollege.edu/psc/ps/EMPLOYEE/EMPL/c/NUI_FRAMEWORK.PT_LANDINGPAGE.GBL?&languageCd=ENG&

https://mycs.spcollege.edu/psc/csprd/EMPLOYEE/SA/c/NUI_FRAMEWORK.PT_AGSTARTPAGE_NUI.GBL?CONTEXTIDPARAMS=TEMPLATE_ID%3aPTPPNAVCOL&scname=CS_TASKS&PanelCollapsible=Y

and / or pages and links therein and thereto,

https://www.mypinellasclerk.org/Home/View-Records

https://www.mypinellasclerk.org/Home/View-Records

https://ccmspa.pinellascounty.org/PublicAccess/Search.aspx?ID=300&NodeID=11000%2c11100%2c23001%2c11101%2c11102%2c11103%2c11104%2c11105%2c11106%2c11107%2c11108%2c11114%2c11109%2c23002%2c23003%2c11110%2c11111%2c11112%2c11113%2c11200%2c11201%2c11202%2c11203%2c11204%2c11205%2c11206%2c11207%2c11208%2c23004%2c11209%2c11210%2c11300%2c11301%2c11302%2c11303%2c11304%2c11305%2c11400%2c11410%2c11411%2c11412%2c11450%2c11451%2c11452%2c11453%2c11600%2c11601%2c11602%2c11603%2c11604%2c12000%2c12100%2c12101%2c12102%2c12103%2c12104%2c12105%2c12106%2c12107%2c12108%2c12109%2c12110%2c12111%2c12113%2c12112%

2c12114%2c12200%2c12201%2c12202%2c12203%2c12204%2c12205%2c12206%2c12207%2c12208%2c12209%2c12300%2c12310%2c12311%2c12312%2c12320%2c12321%2c12322%2c12400%2c14000%2c14100%2c14200%2c14300%2c14400%2c14500%2c14600%2c13000%2c13100%2c13200&NodeDesc=Pinellas+County

and / or pages and links therein and thereto,and servers and networks thereto and / or inter-connected and / or sharing information and / or able to share information via human interaction and / or other interactions,

and other websites, networks' / networks' products and services involved with SPC and / or SPC direct partners and associates and all their associates and partners (third parties) including all U.S. States in which Drug Free America Foundation (https://dfaf.spcollege.edu/) and through its FL Dept of State Administrative Name 'Straight, Incorporated' conducts/ed business.

This letter is official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA"), and I seek the removal of the aforementioned infringing material from your servers and networks' / networks' products, coerced and unlawful contracts, and all other including servers and networks' / networks' products offered by your partners, associates and third parties including all states which Drug Free America Foundation conducts/ed business.. I request that you immediately notify the infringer of this notice and inform them of their duty to remove the infringing material immediately, and notify them to cease any further posting of infringing material to your server in the future.

Please also be advised that law requires you, as a service provider, to remove or disable access to the infringing materials upon receiving this notice. Under US law a service provider, such as yourself, enjoys immunity from a copyright lawsuit provided that you act with deliberate speed to investigate and rectify ongoing copyright infringement. If service providers do not investigate and remove or disable the infringing material this immunity is lost. Therefore, in order for you to remain immune from a copyright infringement action you will need to investigate and ultimately remove or otherwise disable the infringing material from your servers with all due speed should the direct infringer, your client, not comply immediately.

I am providing this notice in good faith and with the reasonable belief that rights I and / or my company owns are being infringed. Under penalty of perjury I certify that the information contained in the notification is both true and accurate, and I have the authority to act on behalf of the owner of the copyright(s) involved.

Should you wish to discuss this with me please contact me directly.

Thank you.

/s/ Brian Dodd

Brian Dodd
7252 Spring Hill Drive
Spring Hill FL 34606
813 379 9863
briandodd519@gmail.com

DMCA TAKEDOWN NOTICE, DMCA Section 512(c), 17 U.S. Code § 512

TO: St Petersburg College, SPC Faculty James Pierce, SPC Faculty Kendall Davidson, SPC Faculty William Overton, Tonjua Williams, and all SPC employees,

My name is BRIAN DODD and I am the OWNER, AUTHOR AND INCLUDED NAMESAKE and STRIKINGLY SIMILAR LIKENESS of MY NAME, BRIAN DODD / BRIAN A. DODD / BRIAN ALEXANDER DODD AND ALL USE OF. U.S. Copyright Registration: PA0001653082,  PA0001795780

In part due to your ongoing copyright infringement and continued contact with me, and due to multiple and deep conflicts of interest in finance and education and copyright which you failed and maliciously withheld from me: **I, Brian Dodd, hereby and permanently redact all involvement with Federal Defendant St Pete College / Board of Trustees (Jenkins v. Def. SPCBT)  I redact all permissions, signatures, use of / grading, use of "holds" and records information involving / for / and / against / with me, Brian Dodd, whereas; you are directly involved with Pinellas County Courts (civil and criminal courts) and Pinellas County Clerk of Court, I hereby redact all my coerced signatures, I redact all admissions of guilt in all cases, I further redact all agreements and pleas and all other, and I redact all mention and use of my name with you, your, your partners and associates, and all U.S. States and States' courts in which your direct partner DFAF / Straight, Inc. and its persons conducted/s business. I, Brian Dodd, a PROTECTED WHISTLEBLOWER pursuant to the Whistleblower Protection Act of 1989, 5 U.S.C. 2302(b)(8)-(9), hereby and now redact and fully and forever rescind and do not permit involvement, written and other agreements, contracts, admissions, use of my name and personage, all pleas, all entries of dockets, listing, St Petersburg College / student agreements / affiliations and use, information, investigations, costs, fines, and other of issue and and other wherever my name, gradings, fines, holds, my personage, and more, and / or I am involved, all citations, orders against, all signatures involving me and my name, all use and all permissions, and continued use of my name, my personage, and other involving me, and other against me, my name and my personage and similar likenesses, in all US States and Courts therein and involving SPC's direct partner the Drug Free America Foundation (also known as Straight, Incorporated), involving SPC, SPC Faculty James Pierce and Faculty William Overton and their second employer, and SPC Faculty Kendal Davidson and his second employer. I hereby reserve all rights and I do not permit my rights to be used at all, and I do not permit the use of me, my name, my likenesses and my personage. DMCA Copyright / Copyright Infringement Notice: Pursuant to US Copyright laws; do not use my name nor any likenesses of me.**

/s/ Brian Dodd

Brian Dodd
7252 Spring Hill Drive
Spring Hill FL 34606
813 379 9863
briandodd519@gmail.com



Brian Dodd <briandodd519@gmail.com>

# DMCA TAKEDOWN NOTICE, DMCA Section 512(c), 17 U.S. Code § 512

**Brian Dodd** <briandodd519@gmail.com>                                                         Fri, Sep 11, 2020 at 4:35 AM
To: Pam Smith <Smith.Pam@spcollege.edu>, StLouis.Mark@spcollege.edu

---------- Forwarded message ---------
From: **Brian Dodd** <briandodd519@gmail.com>
Date: Fri, Sep 11, 2020 at 4:16 AM
Subject: DMCA TAKEDOWN NOTICE, DMCA Section 512(c), 17 U.S. Code § 512
To: Suzanne Gardner <Gardner.Suzanne@spcollege.edu>, <compliance@spcollege.edu>, Erik Johanson <erik@johanson.law>, Tonjua Williams <Williams.Tonjua@spcollege.edu>, Griffiths, Chris (USAFLM) <chris.griffiths@usdoj.gov>, <Davidson.Kendall@spcollege.edu>, <Pierce.James@spcollege.edu>, <Overton.William@spcollege.edu>, Erickson, Jana <Jana.Erickson@ed.gov>

DMCA TAKEDOWN NOTICE, DMCA Section 512(c), 17 U.S. Code § 512

TO: St Petersburg College, SPC Faculty James Pierce, SPC Faculty Kendall Davidson, SPC Faculty William Overton, Tonjua Williams, and all SPC employees,

I, Brian Dodd, am hereby and now requesting and demanding that Saint Petersburg College, its university and all its colleges and programs and services, as well as Faculty James Pierce, Faculty William Overton, and Faculty Kendall Davidson, and all SPC's and their partners and associates and third party contacts including primary employers and associates and partners of SPC Faculty employees James, William, and Kendall being the Pinellas County Courthouse and Pinellas County Clerk of Court, and all courts and states where SPC's present employees and faculty and SPC's partner the Drug Free American Foundation conducted and conducts business; immediately remove material that is infringing my copyrights. Brian Dodd, U.S. Copyright Registration: PA0001653082, PA0001795780

     A physical or electronic signature (i.e., /s/NAME) of a person authorized to act on behalf of the owner of the copyright that is allegedly infringed:
/s/ Brian Dodd
     Identification of the copyrighted work claimed to have been infringed: Brian Dodd, U.S. Copyright Registration: PA0001653082, PA0001795780
     Identification of the material that is claimed to be infringing and information reasonably sufficient to permit the service provider to locate the material: Brian Dodd, U.S. Copyright Registration: PA0001653082, PA0001795780. My name, use of my name as author and use of my name as any strikingly similar likeness, and use of my name within manuscripts and media of copyrighted materials: US Copyrighted and certified copyrighted with copyright certificates of registrations for both copyrights.

SPC and its partners presently infringe on my copyrights in detail and specifically and repeatedly, see below for specific information and details on the infringing documentation committed by SPC and its partners and associates and third parties.
     Information reasonably sufficient to permit the service provider to contact the complaining party, such as an address, telephone number, and, if available, an electronic mail address at which the complaining party may be contacted:
Brian Dodd
7252 Spring Hill Drive
Spring Hill FL 34606

813 379 9863
briandodd519@gmail.com

   A statement that the complaining party has a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner: I, Brian Dodd, have a good faith belief that use of the material in the manner complained of is not authorized by me, the copyright owner.

   A statement that the information in the notification is accurate, and under penalty of perjury, that the complaining party is authorized to act on behalf of the owner of the copyright that is allegedly infringed: I, Brian Dodd, hereby state that this notification is accurate, and under penalty of perjury, that I the complaining party, is authorized on behalf of the owner, me, of the copyright that is allegedly infringed.

DMCA TAKEDOWN NOTICE, DMCA Section 512(c), 17 U.S. Code § 512

TO: St Petersburg College, SPC Faculty James Pierce, SPC Faculty Kendall Davidson, SPC Faculty William Overton, Tonjua Williams, and all SPC employees,

My name is BRIAN DODD and I am the OWNER, AUTHOR AND INCLUDED NAMESAKE and STRIKINGLY SIMILAR LIKENESS of MY NAME, BRIAN DODD / BRIAN A. DODD / BRIAN ALEXANDER DODD AND ALL USE OF. U.S. Copyright Registration: PA0001653082,  PA0001795780

Saint Petersburg College and its websites and direct service providers and websites and companies and corporations and organizations that your St Petersburg College partners with and presently employs from (James Pierce, Kendall Davidson, William Overton), being primarily the; Pinellas County Courts, State of Florida courts, Pinellas County Clerk of Court, Drug Free American Foundation, and all states where Drug Free America Foundation (https://dfaf.spcollege.edu/) and through its FL Dept of State Administrative Name 'Straight, Incorporated' conducted and conducts business, is infringing on at least one copyright owned by me and / or my company.

An article of writing using my name and direct and exact likeness / use of my name was copied onto your servers, websites, and to your service providers and / or direct partners and associates and their websites and documentation, without my decision and without my permission without coercion. The original ARTICLES (manuscripts and / or other media), to which I own the exclusive copyrights, can be found at:

PROVIDE WEBSITE URL:
U.S. Copyright Registration: PA0001653082
https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=PA0001653082&Search_Code=REGS&PID=GfBNJJ2ezNIdF6rXQFz_-F1aK4qy-p&SEQ=20200911034346&CNT=25&HIST=1
U.S. Copyright Registration: PA0001795780
https://cocatalog.loc.gov/cgi-bin/Pwebrecon.cgi?Search_Arg=PA0001795780&Search_Code=REGS&PID=NsAuRbkCWD7fchr5gmeqdQ4TauJikZ&SEQ=20200911034430&CNT=25&HIST=1

The unauthorized and infringing copy can be found at:

PROVIDE WEBSITE URL:
https://one.spcollege.edu/?redirect=1

https://myspc.spcollege.edu/psc/ps/EMPLOYEE/EMPL/c/NUI_FRAMEWORK.PT_LANDINGPAGE.GBL?&languageCd=ENG&

https://mycs.spcollege.edu/psc/csprd/EMPLOYEE/SA/c/NUI_FRAMEWORK.PT_AGSTARTPAGE_NUI.GBL?CONTEXTIDPARAMS=TEMPLATE_ID%3aPTPPNAVCOL&scname=CS_TASKS&PanelCollapsible=Y

and / or pages and links therein and thereto,

https://www.mypinellasclerk.org/Home/View-Records

https://www.mypinellasclerk.org/Home/View-Records

https://ccmspa.pinellascounty.org/PublicAccess/Search.aspx?ID=300&NodeID=11000%2c11100%2c23001%2c11101%2c11102%2c11103%2c11104%2c11105%2c11106%2c11107%2c11108%2c11114%2c11109%2c23002%2c23003%2c11110%2c11111%2c11112%2c11113%2c11200%2c11201%2c11202%2c11203%2c11204%2c11205%2c11206%2c11207%2c11208%2c23004%2c11209%2c11210%2c11300%2c11301%2c11302%2c11303%2c11304%2c11305%2c11400%2c11410%2c11411%2c11412%2c11450%2c11451%2c11452%2c11453%2c11600%2c11601%2c11602%2c11603%2c11604%2c12000%2c12100%2c12101%2c12102%2c12103%2c12104%2c12105%2c12106%2c12107%2c12108%2c12109%2c12110%2c12111%2c12113%2c12112%2c12114%2c12200%2c12201%2c12202%2c12203%2c12204%2c12205%2c12206%2c12207%2c12208%2c12209%2c12300%2c12310%2c12311%2c12312%2c12320%2c12321%2c12322%2c12400%2c14000%2c14100%2c14200%2c14300%2c14400%2c14500%2c14600%2c13000%2c13100%2c13200&NodeDesc=Pinellas+County

and / or pages and links therein and thereto,and servers and networks thereto and / or inter-connected and / or sharing information and / or able to share information via human interaction and / or other interactions,

and other websites, networks' / networks' products and services involved with SPC and / or SPC direct partners and associates and all their associates and partners (third parties) including all U.S. States in which Drug Free America Foundation (https://dfaf.spcollege.edu/) and through its FL Dept of State Administrative Name 'Straight, Incorporated' conducts/ed business.

This letter is official notification under Section 512(c) of the Digital Millennium Copyright Act ("DMCA"), and I seek the removal of the aforementioned infringing material from your servers and networks' / networks' products, coerced and unlawful contracts, and all other including servers and networks' / networks' products offered by your partners, associates and third parties including all states which Drug Free America Foundation conducts/ed business.. I request that you immediately notify the infringer of this notice and inform them of their duty to remove the infringing material immediately, and notify them to cease any further posting of infringing material to your server in the future.

Please also be advised that law requires you, as a service provider, to remove or disable access to the infringing materials upon receiving this notice. Under US law a service provider, such as yourself, enjoys immunity from a copyright lawsuit provided that you act with deliberate speed to investigate and rectify ongoing copyright infringement. If service providers do not investigate and remove or disable the infringing material this immunity is lost. Therefore, in order for you to remain immune from a copyright infringement action you will need to investigate and ultimately remove or otherwise disable the infringing material from your servers with all due speed should the direct infringer, your client, not comply immediately.

I am providing this notice in good faith and with the reasonable belief that rights I and / or my company owns are being infringed. Under penalty of perjury I certify that the information contained in the notification is both true and accurate, and I have the authority to act on behalf of the owner of the copyright(s) involved.

Should you wish to discuss this with me please contact me directly.

Thank you.

/s/ Brian Dodd

Brian Dodd
7252 Spring Hill Drive
Spring Hill FL 34606
813 379 9863
briandodd519@gmail.com

**DMCA TAKEDOWN NOTICE, DMCA Section 512(c), 17 U.S. Code § 512**

TO: St Petersburg College, SPC Faculty James Pierce, SPC Faculty Kendall Davidson, SPC Faculty William Overton, Tonjua Williams, and all SPC employees,

My name is BRIAN DODD and I am the OWNER, AUTHOR AND INCLUDED NAMESAKE and STRIKINGLY SIMILAR LIKENESS of MY NAME, BRIAN DODD / BRIAN A. DODD / BRIAN ALEXANDER DODD AND ALL USE OF. U.S. Copyright Registration: PA0001653082, PA0001795780

In part due to your ongoing copyright infringement and continued contact with me, and due to multiple and deep conflicts of interest in finance and education and copyright which you failed and maliciously withheld from me: **I, Brian Dodd, hereby and permanently redact all involvement with Federal Defendant St Pete College / Board of Trustees (Jenkins v. Def. SPCBT)  I redact all permissions, signatures, use of / grading, use of "holds" and records information involving / for / and / against / with me, Brian Dodd, whereas; you are directly involved with Pinellas County Courts (civil and criminal courts) and Pinellas County Clerk of Court, I hereby redact all my coerced signatures, I redact all admissions of guilt in all cases, I further redact all agreements and pleas and all other, and I redact all mention and use of my name with you, your, your partners and associates, and all U.S. States and States' courts in which your direct partner DFAF / Straight, Inc. and its persons conducted/s business. I, Brian Dodd, a PROTECTED WHISTLEBLOWER pursuant to the Whistleblower Protection Act of 1989, 5 U.S.C. 2302(b)(8)-(9), hereby and now redact and fully and forever rescind and do not permit involvement, written and other agreements, contracts, admissions, use of my name and personage, all pleas, all entries of dockets, listing, St Petersburg College / student agreements / affiliations and use, information, investigations, costs, fines, and other of issue and and other wherever my name, gradings, fines, holds, my personage, and more, and / or I am involved, all citations, orders against, all signatures involving me and my name, all use and all permissions, and continued use of my name, my personage, and other involving me, and other against me, my name and my personage and similar likenesses, in all US States and Courts therein and involving SPC's direct partner the Drug Free America Foundation (also known as Straight, Incorporated), involving SPC, SPC Faculty James Pierce and Faculty William Overton and their second employer, and SPC Faculty Kendal Davidson and his second employer. I hereby reserve all rights and I do not permit my rights to be used at all, and I do not permit the use of me, my name, my likenesses and my personage. DMCA Copyright / Copyright Infringement Notice: Pursuant to US Copyright laws; do not use my name nor any likenesses of me.**

/s/ Brian Dodd

Brian Dodd
7252 Spring Hill Drive
Spring Hill FL 34606
813 379 9863
briandodd519@gmail.com

File Edit View History Bookmarks Tools Help
CEASE AND DESIST
SPC President Tonj
Sign In
S_SYSID_LOOKUP
Sign In
https://myguest.spcollege.edu/psp/ps/EMPLOYEE/PSFT_SAPRD90/c/S_
Search
MySPC
Student System ID/Email Address Lookup
To retrieve your student ID/email address, enter your social security number and date of birth below:
Social Security #:
(no dashes)
*Date of Birth:
03/16/1972
The Student ID that you requested is: 423967
And your student email address is: bdodd1@live.spcollege.edu
Thank you for using the Student ID/Email Address Lookup.
On-Screen Keyboard
Home
PgUp
Nav
Tab
End
PgDn
Mv Up
Caps
Enter
Insert
Pause
Mv Dn
Shift
PrtScn
ScrLk
Dock
Options
Help
Fade







