UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BRIAN DODD,

    Plaintiff,

v.                                  Case No: 8:20-cv-2824-CEH-JSS

ST. PETERSBURG COLLEGE
BOARD OF TRUSTEES,

    Defendant.
_____/

## ORDER

This cause comes before the Court *sua sponte*. On May 7, 2021, the Court adopted the Report and Recommendation of the Magistrate Judge, denied Plaintiff's Motion for Leave to Proceed *in Forma Pauperis* without prejudice, and dismissed Plaintiff's complaint without prejudice. Doc. 17 at 2. The Court granted Plaintiff leave to file an amended complaint that complied with the Federal Rules of Civil Procedure within twenty days. *Id.* The Court cautioned Plaintiff that failure to file an amended complaint within the time provided would result in the Court dismissing this action. *Id.* The time to file an amended complaint has expired, and Plaintiff has neither filed an amended complaint, nor sought an extension of time to file an amended complaint.

    Accordingly, it is **ORDERED AND ADJUDGED**:

1. This action is **DISMISSED**, without prejudice.

2. The Clerk is directed to terminate all pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on September 1, 2021.

_Charlene Edwards Honeywell_
Charlene Edwards Honeywell
United States District Judge

Copies to:
Counsel of Record and Unrepresented Parties, if any